

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00775-CV

**OIS INVESTMENTS INC.**,
Appellant

v.

**AAA FREE MOVE MINISTORAGE, LLC**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 377499
Honorable David J. Rodriguez, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED. It is ORDERED that appellee recover its costs of appeal from appellant.

SIGNED October 2, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice